IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSORO MINING LIMITED,

                       Petitioner,

        v.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

                       Respondent.

Civil Action No. 16-cv-2020

## DECLARATION OF ELLIOT FRIEDMAN

Pursuant to 28 U.S.C. § 1746, I, Elliot Friedman, declare and state as follows:

1.     I am an attorney with Freshfields Bruckhaus Deringer US LLP, counsel for Petitioner Rusoro Mining Limited in the above-referenced matter.

2.     I submit this declaration on behalf of Petitioner in support of Petitioner's Petition to Confirm Arbitral Award, dated October 10, 2016.

3.     Attached as Exhibit 1 to this declaration is a duly-certified copy of the final award rendered by an arbitral tribunal on August 22, 2016 in an arbitration (the "Arbitration") between Petitioner and Respondent the Bolivarian Republic of Venezuela pursuant to the Arbitration (Additional Facility) Rules of the International Centre for Settlement of Investment Disputes ("ICSID"), and the July 1, 1996 Agreement between the Government of Canada and the Government of the Republic of Venezuela for the Promotion and Protection of Investments.

4.     Attached as Exhibit 2 to this declaration is a true and correct copy of the July 1, 1996 Agreement between the Government of Canada and the Government of the Republic of Venezuela for the Promotion and Protection of Investments, which entered into force on January

28, 1998.

5.     Attached as Exhibit 3 to this declaration is a true and correct copy of Petitioner's Notice of Dispute dated December 15, 2011.

6.     Attached as Exhibit 4 to this declaration is a true and correct copy of Petitioner's Request for Arbitration dated July 17, 2012.

7.     Attached as Exhibit 5 to this declaration is a true and correct copy of the ICSID Additional Facility Rules, which include at Schedule C the Arbitration (Additional Facility) Rules that governed the Arbitration.

8.     Attached as Exhibit 6 to this declaration is a true and correct copy of a list, prepared by ICSID, of Contracting States and other signatories to the Convention on the Settlement of Investment Disputes (also known as the "ICSID Convention") as of November 17, 2015.

9.     I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 10, 2016
       New York, N.Y.

                         /s/ Elliot Friedman
                         Elliot Friedman
                         D.C. Bar No. NY0106

                         FRESHFIELDS BRUCKHAUS DERINGER US LLP
                         601 Lexington Avenue, 31st Floor
                         New York, New York 10022
                         Telephone: (212) 277-4000
                         Fax: (212) 277-4001
                         elliot.friedman@freshfields.com