# EXHIBIT 3



**Letter from Rusoro to the President of Venezuela, the MPM and the Attorney General of Venezuela**

15 December 2011



Ciudadano
Hugo Chávez Frías
Presidente de la República Bolivariana de Venezuela
Palacio de Miraflores
Avenida Urdaneta
Caracas, Venezuela
Su despacho.-

DEVOLVER COPIA
FIRMADA Y SELLADA

Ciudadano
Rafael Ramírez Carreño
Ministro del Poder Popular de Petróleo y Minería
Edificio Petróleos de Venezuela, Torre Oeste,
Av. Libertador con Av. Empalme, Urb. La Campiña
Caracas, Venezuela
Su despacho.-

DE
REPÚBLICA BOLIVARIANA DE VENEZUELA
/5   DIC. 2011
CORRESPONDENCIA RECIBIDA

Ciudadano
Carlos Escarrá Malavé
Procurador General de la República Bolivariana de Venezuela
Paseo los Ilustres con Avenida Lazo Marti
Edificio Sede Procuraduría General de la República
Urb. Santa Mónica
Caracas, Venezuela
Su despacho.-

Caracas, 15 de Diciembre de 2011

**Ref.**: *Notificación de controversia y apertura del período de negociaciones amistosas de conformidad con los términos del Acuerdo entre el Gobierno de la República Bolivariana de Venezuela y el Gobierno de la Federación de Rusia sobre la Promoción y Protección Recíproca de Inversiones y el Acuerdo entre el Gobierno de la República de Venezuela y el Gobierno de Canadá para la Promoción y la Protección de Inversiones.*

**Ref.**: *Notice of dispute and commencement of the amicable negotiating period in accordance with the terms of the Agreement between the Government of the Bolivarian Republic of Venezuela and the Government of the Russian Federation for the Reciprocal Promotion and Protection of Investments and the Agreement between the Government of the Republic of Venezuela and the Government of Canada for the Promotion and Protection of Investments.*

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de Miranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447





De nuestra consideración:

Nosotros Vladimir Agapov, pasaporte No. 64N0489587 en mi carácter de Presidente de la Junta Directiva de Rusoro Mining Ltd. (*Rusoro*), y Andre Agapov, pasaporte No. 4504235062, en mi carácter de Director Ejecutivo / Presidente de Rusoro, ambos accionistas de la misma, nos dirigimos a Uds., a efectos de notificar a la República Bolivariana de Venezuela (*Venezuela*) la existencia de una controversia (la *Controversia*) de conformidad con lo previsto en el artículo XII del Acuerdo entre el Gobierno de la República de Venezuela y el Gobierno de Canadá para la Promoción y la Protección de Inversiones (el *Tratado de Canadá*) y el artículo 9 del Acuerdo entre el Gobierno de la República Bolivariana de Venezuela y el Gobierno de la Federación de Rusia sobre la Promoción y Protección Recíproca de Inversiones (el *Tratado de Rusia* y, conjuntamente con el Tratado de Canadá, los *Tratados*).

Rusoro es una sociedad constituida y existente de conformidad con las leyes de la Provincia de Columbia Británica, Canadá y, en consecuencia, se encuentra protegida como inversor en virtud del artículo I del Tratado de Canadá. Adicionalmente, como ciudadanos de la Federación de Rusia y accionistas de

Dear Sirs,

We Vladimir Agapov holder of passport No. 64N0489587, in my position as Chairmain of the Board of Rusoro Mining Ltd. (*Rusoro*) and Andre Agapov holder of passport No. 4504235062, in my position as Chief Executive Officer / President of Rusoro, both shareholders of Rusoro, contact you with the purpose of notifying the Bolivarian Republic of Venezuela (*Venezuela*) of the existence of a dispute (the *Dispute*), in accordance with article XII of the Agreement between the Government of the Republic of Venezuela and the Government of Canada for the Promotion and Protection of Investments (the *Canadian Treaty*), and article 9 of the Agreement between the Government of the Bolivarian Republic of Venezuela and the Government of the Russian Federation for the Reciprocal Promotion and Protection of Investments (the *Russian Treaty*, together with the Canadian Treaty, the *Treaties*).

Rusoro is a corporation constituted and existing in accordance with the laws of the Province of British Columbia, Canada and, consequently, is protected as an investor under article I of the Canadian Treaty. In addition, as nationals of the Russian Federation and shareholders of Rusoro, the signatories of this communication are also protected as investors

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de Miranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447





Rusoro, quienes suscribimos la presente también nos encontramos protegidos como inversores de conformidad con el artículo 1 del Tratado de Rusia. Nuestras participaciones accionarias en Rusoro, la participación accionaria de Rusoro en sus empresas subsidiarias en Venezuela que se encuentran listadas en el Anexo 1 (las *Subsidiarias*), así como los derechos derivados de las concesiones mineras de las cuales son titulares las Subsidiarias y de los diferentes contratos suscritos por éstas con entes del Estado venezolano listadas en el Anexo 2 (conjuntamente, los *Derechos Mineros*), constituyen – entre otras – inversiones protegidas conforme al artículo I(f) del Tratado de Canadá y 1(a) del Tratado de Rusia.

A continuación exponemos los antecedentes de hecho de esta Controversia:

1.    Entre los años 1972 y 2009, el gobierno venezolano otorgó a las empresas subsidiarias de Rusoro, los distintos Derechos Mineros para la exploración y explotación de oro y otros minerales en el Estado Bolívar, al sureste del país.

2.    En julio de 2008, Rusoro celebró con el gobierno venezolano a través del Ministerio del Poder Popular para las Industrias Básicas y Minería (*MIBAM*), un contrato para la constitución de la empresa mixta VenRus,

in accordance with article 1 of the Russian Treaty. Our participating shares in Rusoro, the shareholding participation of Rusoro in its subsidiaries in Venezuela which are listed in Annex 1 (the *Subsidiaries*), as well as the rights derived from the mining concessions held by the Subsidiaries and the different contracts entered into by them with entities of the Venezuelan state listed in Annex 2 (together, the *Mining Rights*), constitute, among others, investments protected in accordance with article I(f) of the Canadian Treaty and 1(a) of the Russian Treaty.

We describe below the factual background of this Dispute:

1.    Between the years 1972 and 2009, the Venezuelan government granted Rusoro´s Subsidiaries various Mining Rights for the exploration and production of gold and other minerals in Bolívar State, in the southeast of the country.

2.    In July 2008, Rusoro signed with the Venezuelan government, through the Ministry of People's Power for Basic Industries and Mining (*MIBAM*), a contract for the incorporation of the mixed company VenRus C.A. to explore and produce gold in the so-called *Bloque B*, also located in the Bolívar State.

3.    Between April 2009 and July 2010, the

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de Miranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447





C.A. para la exploración y explotación de oro en el denominado Bloque B, también localizado en el Estado Bolívar.

3.    Entre abril de 2009 y Julio de 2010, el Banco Central de Venezuela (*BCV*) y el Ministerio del Poder Popular para Economía y Finanzas (luego renombrado Ministerio del Poder Popular de Planificación y Finanzas) impusieron restricciones para la comercialización de oro y medidas en materia cambiaria (incluyendo, de modo no exhaustivo, las contenidas en la Resolución emitida por el BCV No. 09-04-03 de 30 de abril de 2009; el Convenio Cambiario No. 12 emitido conjuntamente por el BCV y el Ministerio del Poder Popular para Economía y Finanzas el 11 de junio de 2009 y luego modificado el 15 de julio de 2010; la Resolución emitida por el BCV No. 09-06-03 de 16 de junio de 2009 y la Resolución emitida por el BCV No. 10-07-01 de 15 de julio de 2010) que afectaron significativamente las operaciones de Rusoro y sus Subsidiarias como únicas empresas privadas productoras de oro en Venezuela (las *Restricciones de Comercialización de Oro*) y, en particular, establecieron, entre otras cosas:

* la obligación de vender una parte significativa de la producción de oro al BCV y otra parte de la producción de oro al sector transformador nacional, limitando así la producción de oro que podía destinarse a

Central Bank of Venezuela (*BCV*) and the Ministry of People's Power for Economy and Finance (later renamed Ministry of People's Power for Planning and Finance)  imposed restrictions for the marketing of gold and exchange control measures (including, without limitation, those contained in BCV Resolution No. 09-04-03 of 30 April 2009, the Exchange Agreement No. 12 jointly issued by the BCV and the Ministry of the Economy and Finances on 11 June 2009 and amended on 15 July 2010, BCV Resolution No. 09-06-03 of 16 June 2009 and BCV Resolution No. 10-07-01 of 15 July 2010) that significantly affected the operations of Rusoro and its Subsidiaries as the only private gold producers in Venezuela (the *Gold Marketing Restrictions*) and, in particular, established, *inter alia*:

* the obligation to sell a significant part of the gold production to the BCV and another part to domestic industry, thus limiting the gold production that could be exported;

* the obligation to sell to the BCV at the official exchange rate one half of the foreign currency income obtained from gold exports;

* a denial of the right to obtain foreign currency at the foreign exchange for the fulfilment of obligations and payments in foreign currency.

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de Miranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447



4|23



la exportación;

- la obligación de vender al BCV a la tasa de cambio oficial la mitad de las divisas obtenidas por concepto de exportaciones de oro; y

- la negación del derecho a obtener divisas a la tasa de cambio oficial para el cumplimiento de obligaciones y pagos en moneda extranjera.

4.    El 17 de agosto de 2011, el Presidente Chávez anunció la nacionalización de la industria del oro en Venezuela a través de la cadena estatal Venezolana de Televisión.

5.    Días después, el 23 de agosto de 2011 el Presidente Chávez dictó el Decreto No. 8413 (el *Decreto de Nacionalización*) mediante el cual el Estado venezolano se reservó las actividades de exploración y explotación de oro, así como las actividades conexas y auxiliares a éstas, incluyendo la comercialización interna y externa de dicho mineral (las *Actividades Reservadas*). En virtud del Decreto de Nacionalización, las Actividades Reservadas solo pueden ser realizadas por el Estado o empresas mixtas, en las cuales el Estado tenga control de sus decisiones y mantenga una participación mayor al 55%.

6.    El Decreto de Nacionalización dispuso

4.    On 17 August 2011, President Chávez announced the nationalisation of the gold industry in Venezuela via the state television network *Venezolana de Televisión*.

5.    A few days later, on 23 August 2011, President Chávez issued Decree No. 8413 (the *Nationalisation Decree*) by which the Venezuelan State reserved for itself the activities of gold exploration and production, as well as related activities, including the internal and external sale of gold (the *Reserved Activities*). By virtue of the Nationalisation Decree, Reserved Activities can only be carried out by the State, or mixed companies, in which the State has corporate control and maintains a participating share greater than 55%.

6.    The Nationalisation Decree also provided that concessionaries and beneficiaries of contracts for the exploration and production of gold had a period of 90 days from the date of its publication in the Official Gazette (which occurred on 16 September 2011) (the *Negotiation Period*) to negotiate with a negotiating commission designated by the State (the *Negotiation Commission*) the transfer of the concessions and contracts to a mixed company. If an agreement was not reached with the State within the Negotiating Period, the existing mining concessions and contracts for the exploration and production of gold would be extinguished by law and the

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de Miranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447



además de un plazo de 90 días contados a partir de la fecha de su publicación en la Gaceta Oficial (lo cual ocurrió el 16 de septiembre de 2011) para que los concesionarios y beneficiarios de contratos para la exploración y explotación de oro y una comisión de negociación designada por el Estado (la **Comisión de Negociación**), negociaran la migración de dichas concesiones y contratos a un esquema de empresas mixtas (el **Plazo de Negociación**). En caso de no llegarse a un acuerdo con el Estado dentro del Plazo de Negociación, las concesiones mineras y contratos para la exploración y explotación de oro existentes quedarían extinguidos de pleno derecho al vencimiento del mismo y el Estado tomará el control de los activos y control de las operaciones relativas a las Actividades Reservadas y que dichos bienes pasarán en plena propiedad al Estado.

7.    El 11 de octubre de 2011, en ejecución del Decreto de Nacionalización, el MIBAM emitió las Resoluciones No. 088/2011 y 089/2011 mediante las cuales se establecieron la Comisión de Negociación y un Comité Operativo de Transición para el proceso de migración a empresas mixtas, con amplias facultades de administración y disposición sobre los bienes de las empresas afectadas por el Decreto de Nacionalización (incluyendo Rusoro y sus Subsidiarias) y con autoridad para intervenir total o parcialmente dichas empresas, tomar posesión de sus activos y

State would take ownership of the assets and control of operations relating to the Reserved Activities.

7.    On 11 October 2011, in implementation of the Nationalisation Decree, MIBAM issued Resolution No. 088/2011 and Resolution No. 089/2011 which established the Negotiation Commission and an Operation Transition Committee for the process of migration to mixed companies, with broad powers of administration and disposal over the assets of the companies affected by the Nationalisation Decree (including Rusoro and its Subsidiaries) and with the authority to intervene totally or partially in such companies, take their shares and take control of their operations.

To date, despite the efforts made in good faith to reach an amicable agreement with the Venezuelan State, neither the signatories of this letter, Rusoro or its Subsidiaries have received an offer for compensation consistent with the obligations of Venezuela under the Treaties.

The measures described above breach the obligations of Venezuela under international law and under the Treaties, including but not limited to:

•    The obligation not to nationalise or expropriate the investments or returns of Rusoro and its shareholders, or to subject them

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de Miranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447





tomar control de sus operaciones.

A la presente fecha, a pesar de los esfuerzos de buena fe por lograr un acuerdo amistoso con el Estado venezolano, ni quienes subscriben, ni Rusoro, ni sus Subsidiarias hemos recibido una oferta de compensación consistente con las obligaciones de Venezuela de conformidad con los Tratados.

Las medidas descritas arriba violan las obligaciones de Venezuela a la luz del derecho internacional y de los Tratados, incluyendo, sin limitación:

- La obligación de no nacionalizar o expropiar las inversiones o ganancias de Rusoro y sus accionistas, o someterlas a medidas de efecto equivalente, excepto para un fin público, de manera no discriminatoria y mediante una compensación pronta, adecuada y efectiva, basada en el valor de mercado de dichas inversiones o de las ganancias expropiadas inmediatamente antes de que las medidas aquí descritas se hicieran de conocimiento público pagadera con intereses, sin demora, en moneda efectivamente realizable y convertible, de conformidad con el artículo VII del Tratado de Canadá y el artículo 5 del Tratado de Rusia.

- La obligación de acordar a las inversiones de Rusoro y sus accionistas un trato justo y equitativo y protección y

to measures having an equivalent effect, except for a public purpose, under due process of law, in a non-discriminatory manner and against prompt, adequate and effective compensation, based on the market value of the investments or returns immediately before such measures became public knowledge, payable with interest, without delay, in effectively realizable and freely transferrable currency, in accordance with article VII of the Canadian Treaty and article 5 of the Russian Treaty.

- The obligation to grant to investments of Rusoro and its shareholders fair and equitable treatment and full protection and security, including full legal protection, in accordance with article II of the Canadian Treaty and articles 3 and 4 of the Russian Treaty.

- The obligation to grant investments of Rusoro and its shareholders a treatment that is no less favourable than that which, in similar circumstances, it grants to investments of Venezuelan investors, or to investments of investors of third states, in accordance with articles III and IV of the Canadian Treaty and article 4 of the Russian Treaty.

- The obligation to guarantee Rusoro and its shareholders the unrestricted and free transfer of payments relating to their investments, in a freely exchangeable currency and at the free market exchange rate applicable

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de MIranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447





seguridad completas, incluyendo protección legal total de conformidad con el artículo II del Tratado de Canadá y los artículos 3 y 4 del Tratado de Rusia.

• La obligación de otorgar a las inversiones de Rusoro y sus accionistas un trato no menos favorable que aquel que, en circunstancias similares, otorga a las inversiones de inversores venezolanos ni a las inversiones de inversores de terceros estados, de conformidad con los artículos III y IV del Tratado de Canadá y el artículo 4 del Tratado de Rusia.

• La obligación de garantizar a Rusoro y sus accionistas la irrestricta y libre transferencia de los pagos relacionados con sus inversiones, en moneda libremente convertible y a la tasa de cambio libre en el mercado aplicable a la fecha de la transferencia, de conformidad con el artículo VIII del Tratado de Canadá y el artículo 7 del Tratado de Rusia.

Como consecuencia de las medidas del Estado venezolano que se describen en la presente, ha surgido una disputa entre Venezuela, por una parte, y Rusoro y sus accionistas, por la otra, con respecto a las inversiones de estos últimos en territorio venezolano, con arreglo al artículo XII del Tratado de Canadá y el artículo 9 del Tratado de Rusia. De conformidad con los mencionados artículos, la Controversia puede ser sometida a arbitraje internacional si no

on the date of the transfer, in accordance with article VIII of the Canadian Treaty and article 7 of the Russian Treaty.

As a consequence of the measures of the Venezuelan State described above, a dispute has arisen between Venezuela, on the one hand, and Rusoro and its shareholders, on the other, with respect to the latters' investments in Venezuela, under Article XII of the Canadian Treaty and Article 9 of the Russian Treaty. In accordance with these Articles, the Dispute can be submitted to international arbitration if it is not resolved through amicable negotiations between the parties within six months in the case of the Canadian Treaty, and five months in the case of the Russian Treaty, from the date on which one party requests the other to commence such amicable negotiations.

Consequently, Rusoro and its shareholders formally submit the Dispute and the request for an amicable settlement to Venezuela, triggering the negotiation periods set out in article XII of the Treaty with Canada and article 9 of the Russian Treaty. Further, Rusoro and its shareholders reserve their right to submit the Dispute to international arbitration without further notification, in the event that an amicable agreement cannot be reached within the period set out in the Treaties. To this effect, Rusoro consents to submit this Dispute before a tribunal

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de Miranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447





fuera resuelta mediante negociaciones amistosas entre las partes pasados seis meses en el caso del Tratado de Canadá y cinco meses en el caso del Tratado de Rusia, desde la fecha de solicitud de negociaciones amistosas planteada por una de las partes a la otra.

En consecuencia, Rusoro y sus accionistas formalmente planteamos la Controversia a Venezuela y la solicitud de arreglo amistoso de la misma mediante esta notificación, dando así inicio al período de arreglo amistoso previsto en el artículo XII del Tratado de Canadá y el artículo 9 del Tratado de Rusia y nos reservamos el derecho de someterla a arbitraje internacional, sin notificación ulterior, en el caso de que no se llegara a un acuerdo amistoso dentro del período de arreglo amistoso previsto en los Tratados. A este efecto, Rusoro expresa desde ya su consentimiento para someter esta Controversia ante un tribunal establecido conforme a las Reglas del Mecanismo Complementario del Centro Internacional de Arreglo de Diferencias Relativas a Inversiones (*CIADI*) conforme al Tratado de Canadá, mientras que sus accionistas expresan su consentimiento para someter esta Controversia ante un tribunal establecido conforme al Reglamento de Arbitraje de la Comisión de las Naciones Unidas para el Derecho Mercantil Internacional (*CNUDMI*), conforme al

established in accordance with the Additional Facility Rules of the International Centre for Settlement of Investment Disputes (*ICSID*) as set out in the Canadian Treaty, while the shareholders express their consent to submit this Dispute before a tribunal established in accordance with the Arbitration Rules of the United Nations Commission on International Trade Law (*UNCITRAL*) as set out by the Russian Treaty.

Rusoro and its shareholders nevertheless underline their desire to reach an amicable settlement of the Dispute, and reiterate the full availability of their representatives to meet with the representatives of the Venezuelan Government, at a mutually convenient place and time, in order to engage in a constructive dialogue aimed at the resolution of this Dispute in an amicable manner.

Nothing in this letter shall be interpreted as a limitation or a concession with respect to the matters of fact or of law that Rusoro, its shareholders or Subsidiaries can invoke before an arbitral tribunal or any judicial instance, whether under the Mining Rights, the Treaties, or other treaties or international law that may apply. Rusoro, its shareholders and Subsidiaries fully reserve their rights and actions under Venezuelan law, the Treaties and international law with respect to the Dispute.

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de Miranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447

9|23



Tratado de Rusia.

Yours sincerely,

Rusoro y sus accionistas desean hacer explícito su deseo de alcanzar un acuerdo amistoso respecto a esta Controversia, y reiteran la entera disponibilidad de sus representantes para reunirse con los representantes del Gobierno venezolano, en el lugar y fecha que ambas partes estimen conveniente, con miras a entablar un diálogo constructivo que permita resolver esta Controversia de manera amigable.

ANDRE AGAPOV
CEO /President

Nada de lo dicho en la presente carta deberá entenderse como una limitación o concesión de ninguna especie respecto de las cuestiones de hecho o de derecho que Rusoro, sus accionistas o Subsidiarias puedan invocar ante un tribunal arbitral o ante cualquier instancia judicial, ya sea bajo los Derechos Mineros, los Tratados, u otros tratados o normativa internacional que resulte aplicable. Rusoro, sus accionistas y Subsidiarias se reservan plenamente sus derechos y recursos con respecto a la Controversia conforme al derecho venezolano y al derecho internacional.

VLADIMIR AGAPOV
Chairman of the Board

Sin otro particular, les saludamos con nuestra consideración más distinguida.

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de Miranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447





ANDRE AGAPOV
Director Ejecutivo / Presidente

VLADIMIR AGAPOV
Presidente de la Junta Directiva

CC:

Ciudadano
Ricardo Menéndez Prieto
Ministro del Poder Popular de Industrias
Caracas, Venezuela
Su despacho.-

Ciudadanos
Miembros de la Comisión de Negociación
Av. La Estancia, Torre Las Mercedes, Piso 9, Urb. Chuao
Caracas, Venezuela
Su despacho.-

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de Miranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel  + 58 212 9522222
Fax + 58 212 9524447



11|23



## ANEXO 1 / ANNEX 1

Rusoro mantiene y controla inversiones en Venezuela a través de una (1) empresa mixta y treinta y seis (36) compañías, todas las cuales se listan a continuación y constituyen Subsidiarias a los efectos de la carta de la cual el presente anexo forma parte integrante:

Rusoro maintains and controls investments in Venezuela through one (1) mixed company and thirty six (36) corporations, all of which are listed below and constitute Subsidiaries for purposes of the letter of which this annex forms an integral part:

CORPORACIÓN 80.000 C.A.

CORPORACIÓN CABELLO GALVEZ C.A.

CORPORACIÓN MINERA 11-90 S.A.

CORPORACIÓN MINERA 410879 C.A.

CORPORACIÓN MINERA 6560433 C.A.

CORPORACIÓN MINERA SOR TERESITA C.A.

CORPORACIÓN AURÍFERA DE EL CALLAO C.A.

CORPORACIÓN MINERA CHOCO 9 C.A.

CORPORACIÓN MINERA ECH1 C.A.

CORPORACIÓN MINERA ECH2 C.A.

CORPORACIÓN MINERA ECH3 C.A.

CORPORACIÓN MINERA ECH4 C.A.

CORPORACIÓN MINERA ECH5 C.A.

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de Miranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447





EL CALLAO HOLDINGS C.A.

EL CALLAO GOLD MINING COMPANY DE VENEZUELA S.C.S.

GENERAL MINING DE GUAYANA C.A.

INVERSIONES ANSEG C.A.

INVERSIONES GOLDWANA C.A.

INVERSIONES FITZCARRALDO C.A.

INVERSORA MARYATE C.A.

INVERSORA TÉCNICA DE MINAS C.A. (INTEMIN)

INVERSIONES VIPAGO C.A.

INVERSIONES YURUÁN C.A.

KRYSOS MINING S.A.

LAMÍN LABOREOS MINEROS C.A.

MINERAL ECOLOGICAL TECHNOLOGY DE VENEZUELA C.A. (MET)

MINERÍA MS C.A.

MINERA RUSORO VENEZOLANA C.A.

MINERA TAPAYA C.A.

MINERA VENRUS C.A.
Mixed company with the Venezuelan State in which Rusoro holds a 50% shareholding
participation / Empresa mixta con el Estado venezolano, en la que Rusoro tiene una
participación accionaria del 50%.

PROMOTORA MINERA DE GUAYANA S.A. (PMG)

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de Miranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447





PROMOTORA MINERA DE VENEZUELA S.A. (PROMIVEN)

PROSPECCIONES MINERAS C.A. (PROMINCA)

PROYECTOS MINEROS DEL SUR C.A. (PROMINSUR)

REPRESENTACIONES CARSON GOLD INT S.A.

RUSORO MINING DE VENEZUELA C.A.

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de Miranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447





## ANEXO 2 / ANNEX 2

Rusoro, a través de sus Subsidiarias que se listan a continuación, es titular de Derechos Mineros sobre las siguientes áreas mineras:

Rusoro, through its Subsidiaries listed below, holds Mining Rights over the following mining areas:

| COMPAÑÍA/COMPANY | DERECHOS MINEROS/MINING RIGHTS (NOMBRE PARCELA / AREA NAME) |
|---|---|
| CORPORACIÓN 80.000 C.A. | EL PLACER |
| CORPORACIÓN CABELLO GALVEZ C.A. | ATLÁNTIDA |

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de Miranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447





| | |
|---|---|
| **CORPORACIÓN MINERA 11-90 S.A.** | ... |
| **CORPORACIÓN MINERA 410879 C.A.** | ANACONDA |
| **CORPORACIÓN MINERA 6560433 C.A.** | ANGELITO |
| **CORPORACIÓN MINERA SOR TERESITA C.A.** | SOR-TERESITA 1<br>SOR-TERESITA 2<br>SOR-TERESITA 3<br>SOR-TERESITA 4<br>SOR-TERESITA 5<br>BLOQUE B (Km. 88) |
| **CORPORACIÓN AURÍFERA DE EL CALLAO C.A.** | CHOCO 1<br>CHOCO 2<br>CHOCO 12<br>CHOCO 13 |

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de Miranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447





| | |
|---|---|
| **CORPORACIÓN MINERA CHOCO 9 C.A.** | CHOCO 9 |
| **CORPORACIÓN MINERA ECH1 C.A.** | ... |
| **CORPORACIÓN MINERA ECH2 C.A.** | ... |
| **CORPORACIÓN MINERA ECH3 C.A.** | ... |
| **CORPORACIÓN MINERA ECH4 C.A.** | ... |
| **CORPORACIÓN MINERA ECH5 C.A.** | ... |

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de MIranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447





| | |
|---|---|
| **EL CALLAO HOLDINGS C.A.** | ... |
| **EL CALLAO GOLD MINING COMPANY DE VENEZUELA S.C.S.** | BLOQUE B (MINERVEN 1,2,3,4,8 AND 9) |
| **GENERAL MINING DE GUAYANA C.A.** | INCREÍBLE 6 |
| **INVERSIONES ANSEG C.A.** | ... |
| **INVERSIONES GOLDWANA C.A.** | TRINIDAD |

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de Miranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447



18|23



| | |
|---|---|
| **INVERSIONES FITZCARRALDO C.A.** | … |
| **INVERSORA MARYATE C.A.** | VIRGINIA I<br>VIRGINIA II |
| **INVERSORA TÉCNICA DE MINAS C.A. (INTEMIN)** | * BELKIS I<br><br>Concesión/Contrato minero a ser traspasado al Estado. (Mining title to be transferred to Venezuelan State). |
| **INVERSIONES VIPAGO C.A.** | UNIN |
| **INVERSIONES YURUÁN C.A.** | YURUAN I |

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de Miranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447





| | |
|---|---|
| **KRYSOS MINING S.A.** | VALLE HONDO<br>VALLE HONDO 89<br>VALLE HONDO 90<br>VALLE HONDO I<br>VALLE HONDO II<br>VALLE HONDO III<br>VALLE HONDO IV<br>VALLE HONDO V |
| **LAMÍN LABOREOS MINEROS C.A.** | SAN RAFAEL |
| **MINERAL ECOLOGICAL TECHNOLOGY DE VENEZUELA C.A. (MET)** | * GUAICAMACUARE<br><br>Concesión/Contrato minero a ser traspasado al Estado. (Mining title to be transferred to Venezuelan State). |

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de MIranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447





| | |
|---|---|
| **MINERÍA MS C.A.** | EMILIA<br>EMILIA II |
| **MINERA RUSORO VENEZOLANA C.A.** | LA NIÑA I<br>LA NIÑA II<br>LA NIÑA III<br>LA NIÑA IV<br>LA NIÑA VI<br>LA NIÑA VII<br>CHOCO 7<br>EL SUDOR<br>EL PUYERO I<br>YESSICA<br>LA MEDUSA<br>CANAIMA |
| **MINERA TAPAYA C.A.** | TAPAYA I<br>LIBERTAD I |
| **MINERA VENRUS C.A.** | ... |

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de Miranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447





| | |
|---|---|
| **PROMOTORA MINERA DE GUAYANA S.A. (PMG)** | CHOCO 4<br>CHOCO 10<br>BOCHINCHE ZERO<br>BOCHINCHE B1<br>BOCHINCHE B2 |
| **PROMOTORA MINERA DE VENEZUELA S.A. (PROMIVEN)** | … |
| **PROSPECCIONES MINERAS C.A. (PROMINCA)** | PROMI II |
| **PROYECTOS MINEROS DEL SUR C.A. (PROMINSUR)** | CHOCO 6<br>INCREÍBLE 16 |
| **REPRESENTACIONES CARSON GOLD INT S.A.** | BLOQUE A & C |

Suite 2164 – 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de Miranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447





| RUSORO MINING DE VENEZUELA C.A. | . . . |
|---|---|

Suite 2164 - 1055 Dunsmuir Street
Four Bentall Centre
Vancouver, BC V7X 1B1
Tel: +1.604.632.4044
Fax: +1.604.632.4045

Av. Francisco de Miranda,
Torre Dozsa, Piso 6,
Caracas – 1050 – Venezuela
Tel + 58 212 9522222
Fax + 58 212 9524447

