UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSORO MINING LIMITED, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BOLIVARIAN REPUBLIC OF )<br>VENEZUELA, )<br>)<br>Respondent. )<br>) | Civil Case No. 16-cv-02020 (RJL)<br><br>**FILED**<br>MAR - 2 2018<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

**ORDER**

March  1st , 2018 [Dkt. ## 1, 16]

As set forth in the accompanying Memorandum Opinion, the Court hereby ORDERS that:

1. Respondent's Motion to Dismiss Petition and to Deny Confirmation of Arbitral Award, or, in the Alternative, to Stay [Dkt. # 16] is DENIED;

2. Petitioner's Petition to Confirm Arbitral Award [Dkt. #1] is GRANTED;

3. The Award of the Arbitral Tribunal is CONFIRMED;

4. Judgment for Rusoro Mining Limited is ENTERED against Respondent in the amount of $967,777,002.00, plus (i) interest as provided by the arbitral tribunal, accruing through the date of this order; (ii) post-judgment interest,

pursuant to 28 U.S.C. § 1961, accruing through the date of payment; and

(iii) costs as provided by the arbitral tribunal, in the amount of $3,302,500.00.

SO ORDERED.

                                                  _____
                                                  RICHARD J. LEON
                                                  United States District Judge