# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| RUSORO MINING LIMITED,           ) <br> ) <br> Petitioner,           ) <br> ) <br> v.           ) <br> ) <br> BOLIVARIAN REPUBLIC OF VENEZUELA,  ) <br> ) <br> Respondent.           ) | Civil Action No. 1:16-cv-02020-RJL |

## NOTICE OF WITHDRAWAL OF ATTORNEYS

Pursuant to Local Civil Rule 83.6(b), the undersigned attorneys of Foley Hoag LLP hereby withdraw their appearances as counsel for Respondent Bolivarian Republic of Venezuela ("Venezuela") in the above-captioned action.

This Notice meets the requirements of LCvR 83.6(b) because: (a) representation of Venezuela has been assumed by Stephen K. Wirth of the firm Arnold & Porter Kaye Scholer LLP, who entered an appearance as counsel of record on behalf of Venezuela in this action on June 12, 2018; (b) no trial date has been set; and (c) Venezuela consents to the withdrawal, as indicated in the signed certificate below.  This Notice renders moot the Motion for Leave to Withdraw (ECF No. 23) filed by the attorneys of Foley Hoag LLP on March 22, 2018.[1]

The undersigned respectfully request that the Clerk of the Court terminate their appearances as counsel for the Bolivarian Republic of Venezuela.

---

[1] The motion for leave to withdraw was filed because, at that time, no other counsel had appeared on behalf of Venezuela.  *See* LCvR 83.6(c).  As explained above, the requirements for withdrawal by notice are now met.  *See* LCvR 83.6(b).

                                               Respectfully submitted,

                                               /s/ *Lawrence H. Martin*
                                               Lawrence H. Martin (D.C. Bar # 476639)
                                               lmartin@foleyhoag.com
                                               FOLEY HOAG LLP
                                               1717 K Street, N.W.
                                               Washington, D.C. 20006
                                               Telephone: (202) 232-1200
                                               Facsimile: (202) 785-6687

                                               Andrew B. Loewenstein
                                               Benjamin K. Guthrie
                                               Peter R. Shults
                                               FOLEY HOAG LLP
                                               155 Seaport Blvd.
                                               Boston, MA 02210
                                               Telephone: (617) 832-1000
                                               Facsimile: (617) 832-7000

Dated: June 15, 2018

**CERTIFICATE OF CONSENT TO WITHDRAWAL**

I, Dr. Reinaldo Enrique Muñoz Pedroza, am the Attorney General (*Procurador General*) of the Bolivarian Republic of Venezuela. I hereby certify that the Bolivarian Republic of Venezuela consents to the withdrawal of the attorneys from Foley Hoag LLP as its counsel in the above-captioned action.

Dated: May 4, 2018

Dr. Reinaldo Enrique Muñoz Pedroza
Procurador General de la República
Procuraduría General de la República
Bolivariana de Venezuela
Av. Los Ilustres, c/c calle Francisco Lazo Martí, Urb. Santa Mónica
Caracas, Venezuela

Procuraduría General de la República
Procurador General (E)

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as unregistered participants on June 15, 2018.

                                                /s/ *Lawrence H. Martin*
                                                Lawrence H. Martin